UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PNC BANK, N.A.,
        **Plaintiff,**

v.                                             Case No. 10-C-0173

**AMCRAFT BUILDING PRODUCTS CO., INC.** and
**AMERICAN BUILDERS AND CONTRACTORS
SUPPLY CO., INC.,**
        **Defendants.**

## ORDER

On December 12, 2014, I directed the plaintiff to either concede that federal subject matter jurisdiction is lacking or show cause why this action should not be dismissed for lack of subject matter jurisdiction. In response, the plaintiff has conceded that federal subject matter jurisdiction is lacking.

Accordingly, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Dated at Milwaukee, Wisconsin, this 29th day of December, 2014.

                                                            s/ Lynn Adelman
                                                            _____
                                                            LYNN ADELMAN
                                                            District Judge